UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
*ELECTRONICALLY FILED*

| | |
|---|---|
| INNOVATIVE HEALTH CARE SOLUTIONS, LLC | ) |
| Plaintiff | ) |
| v. | ) Case No.: 3:16-cv-00444-JHM |
| KRISTEN BRANNON and MAGNOLIA HEALTH SOLUTIONS, LLC | ) |
| Defendant | ) |
| **AND** | ) |
| KRISTEN BRANNON and MAGNOLIA HEALTH SOLUTIONS, LLC | ) |
| Counterclaim Plaintiffs | ) |
| v. | ) |
| INNOVATIVE HEALTH CARE SOLUTIONS, LLC ROBIN CAMPBELL TROY A. GUINN | ) |
| Counterclaim Defendants | ) |

## AGREED ORDER OF DISMISSAL

By agreement of the parties as evidenced by the signatures of their counsel below, and the Court being advised that the parties have reached a settlement in this matter;

IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice.

HAVING SEEN AND AGREED TO:

**Joseph H. McKinley, Jr., Chief Judge
United States District Court**

November 28, 2016

*/s/ Nolia G. Batey (with permission)*
Batey Law Office PLLC
130 Fairfax Avenue, Suite LL-B
Louisville, KY 40207
nbatey@bateylawoffice.com
*Counsel for Defendants, Kristen Brannon and Magnolia Health Solutions, LLC*

and

*/s/ R. Kenyon Meyer*
R. Kenyon Meyer
Corinne E. Keel
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Phone: (502) 540-2300
Fax: (502) 585-2207
kenyon.meye@dinsmore.com
corinne.keel@dinsmore.com
*Counsel for Robin Campbell and Innovative*

and

*/s/ Michael W. McClain (with permission)*
Michael W. McClain
MCCLAIN DEWEES, PLLC
6008 Brownsboro Park Blvd., Suite H
Louisville, KY 40207
mmcclain@mcclaindewees.com
*Counsel for Troy Guinn*